

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2014

No. 04-13-00849-CV

**IN THE INTEREST OF N.M.D, R.I.D., AND G.T.D.,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-06895
The Honorable Richard E. Price, Judge Presiding

## O R D E R

On June 9, 2014, appellant filed a letter requesting the court to "make a decision in this case." The court has construed the letter as a motion to accelerate the submission of the appeal. The motion is GRANTED. It is ORDERED that this case is set for formal submission ON BRIEFS ONLY before this court on July 8, 2014, before a panel consisting of Chief Justice Stone, Justice Angelini, and Justice Marion.

It is so ORDER on this 11th day of June, 2014.

**PER CURIAM**

ATTESTED:_____
Keith E. Hottle
Clerk of Court

